AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

BLAKE SMITH

*Plaintiff(s)*

v.

TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, TILT CARD, INC., AND FIRST NATIONAL BANK OF OMAHA,

*Defendant(s)*

_____/

Civil Action No.

26-CV-14001

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Trans Union, LLC
c/o Corporation Service Company
1201 Hays Street Suite 105
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eiman Sharmin
Sharmin & Sharmin, PA
830 North Federal Highway
Lake Worth, FL 33460

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jan 5, 2026
_____

s/ *Dimas Rodriguez*
_____

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

BLAKE SMITH

*Plaintiff(s)*

v.

TRANS UNION, LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX INFORMATION
SERVICES LLC, TILT CARD, INC., AND FIRST
NATIONAL BANK OF OMAHA,

*Defendant(s)*

_____/

Civil Action No.

26-CV-14001

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Experian Information Solutions, Inc.
        c/o CT Corporation System
        1200 S Pine Island Rd, Suite 250
        Plantation, FL 33324

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Eiman Sharmin
        Sharmin & Sharmin, PA
        830 North Federal Highway
        Lake Worth, FL 33460

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date:   Jan 5, 2026
_____

Angela E. Noble
Clerk of Court

*s/ Dimas Rodriguez*
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

BLAKE SMITH

*Plaintiff(s)*

v.

TRANS UNION, LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX INFORMATION
SERVICES LLC, TILT CARD, INC., AND FIRST
NATIONAL BANK OF OMAHA,

*Defendant(s)*

_____/

Civil Action No.

26-CV-14001

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Equifax Information Services LLC
c/o Corporation Service Company
1201 Hays Street, Suite 105
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eiman Sharmin
Sharmin & Sharmin, PA
830 North Federal Highway
Lake Worth, FL 33460

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Jan 5, 2026
_____

*s/ Dimas Rodriguez*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

BLAKE SMITH

*Plaintiff(s)*

v.

TRANS UNION, LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX INFORMATION
SERVICES LLC, TILT CARD, INC., AND FIRST
NATIONAL BANK OF OMAHA,

*Defendant(s)*

_____/

Civil Action No.

26-CV-14001

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Tilt Card, Inc.
c/o Corporation Service Company
1201 Hays Street, Suite 105
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eiman Sharmin
Sharmin & Sharmin, PA
830 North Federal Highway
Lake Worth, FL 33460

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   Jan 5, 2026
_____

**SUMMONS**

*s/ Dimas Rodriguez*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

BLAKE SMITH

*Plaintiff(s)*

v.

TRANS UNION, LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX INFORMATION
SERVICES LLC, TILT CARD, INC., AND FIRST
NATIONAL BANK OF OMAHA,

*Defendant(s)*

Civil Action No.

26-CV-14001

_____/

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

First National Bank of Omaha
c/o Corporation Service Company
1201 Hays Street, Suite 105
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eiman Sharmin
Sharmin & Sharmin, PA
830 North Federal Highway
Lake Worth, FL 33460

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jan 5, 2026
_____

s/ *Dimas Rodriguez*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court