UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

BLAKE SMITH,                                      CASE NO.: 2:26-cv-14001-AMC

    *Plaintiff,*

v.

TRANS UNION, LLC, et al.,

    *Defendants.*

_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TILT CARD, INC.

IT IS HEREBY STIPULATED AND AGREED that Plaintiffs, Blake Smith, and Defendant, Tilt Card, Inc. (Tilt) have resolved the claims between them. All Parties, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice. Plaintiff and Tilt shall each bear their own attorneys' fees and costs.

Dated: June 12, 2026

    *Respectfully submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: (561) 655-3925
Fax: 844-921-1022

/s/EimanSharmin
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com

*Attorney for Plaintiff*

**TRANS UNION, LLC**
555 W. Adams Street
Chicago, IL 60661
Telephone: (469) 578-1464

*/s/ Charlotte Long*
Charlotte Long, Esq.
FBN: 0112517
Email: Charlotte.Long@transunion.com

*Counsel for Defendant*
*Trans Union, LLC*

**JONES DAY**
600 Brickell Ave, Suite 3300
Miami, FL 33131
Telephone: (305) 714-9666

*/s/ Blake Jennings Hawthorne*
Blake Jennings Hawthorne, Esq.
FBN: 1069129
Email: blakehawthorne@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

**STINSON LLP**
100 S. Ashley Drive, Suite 500
Tampa, FL, 33602
Telephone: (813) 534-7577

*/s/Nathaniel Foell*
Nathaniel Foell, Esq.
FBN: 1010475
Email: nathaniel.foell@stinson.com

*Counsel for Defendant*
*Tilt Card, Inc.*

**SEYFARTH SHAW, LLP**
2323 Ross Avenue, Suite 1660
Dallas, TX  75201
Telephone: (469) 608-6763

*/s/ Ritika Singh*
Ritika Singh, Esq.
FBN: 1016708
Email: risingh@seyfarth.com]

*Counsel for Defendant*
*Equifax Information Services LLC*

**LEGACY LEGAL & CONSULTING**
2618 Centennial Place
Tallahassee, FL32308
Phone: (850) 583-1480

*/s/ Eric S. Haug*
Eric S. Haug, Esq.
FBN: 850713
Email: eric@erichaug.com

*Counsel for Defendant*
*First National Bank of Omaha*