**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 26-14001-CIV-CANNON/Maynard**

**BLAKE SMITH,**

        Plaintiff,

v.

**TRANS UNION, LLC,**
*et al*,

        Defendants.

_____/

**ORDER DISMISSING**
**DEFENDANT TILT CARD, INC.**

**THIS CAUSE** comes before the Court upon Plaintiff's Stipulation of Voluntary Dismissal as to Defendant Tilt Card, Inc., filed on June 12, 2026 [ECF No. 46].  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, a Stipulation of Dismissal, filed by a plaintiff and signed by all parties who have appeared, dismisses the case against that defendant. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1034 (11th Cir. 2023) (explaining that "all parties" refers to all parties who have appeared in this lawsuit, not just the parties involved in the dismissal, including parties who have appeared but have already been removed from the action).  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  This case is hereby **DISMISSED WITH PREJUDICE** as to Defendant Tilt Card, Inc., effective June 12, 2026, the date on which Plaintiff filed the Stipulation of Voluntary Dismissal as to Tilt Card, Inc. [ECF No. 46].

2.  The Clerk of Court shall **TERMINATE** Tilt Card, Inc., as a Defendant in this matter.

CASE NO. 26-14001-CIV-CANNON/Maynard

3.  Trans Union, LLC, Experian Information Solutions, Inc., Equifax Information Service

LLC, and First National Bank of Omaha remain as Defendants in this matter.

**ORDERED** in Chambers at Fort Pierce, Florida, this 15th day of June 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

2