UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

**BLAKE SMITH,**

     *Plaintiff,*

**v.**

**TRANS UNION, LLC, et al.**

     *Defendants,*

_____/

     **Case Number: 2:26-cv-14001-AMC**

## AMENDED[1] NOTICE OF DESIGNATION OF LEAD COUNSEL

Undersigned Counsel, Eyal S. Eisig, Esq., files this Notice as required by Local Rule 2.02(a) to designate himself as Lead Counsel in this action.

Dated: June 16, 2026

*Respectfully Submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Direct: 561-296-9109
Fax: 844-921-1022

/s/ Eyal S. Eisig
Eyal S. Eisig, Esq.
FBN: 109438
Email: eyal@sharminlaw.com
*Lead Counsel for Plaintiff*

---

[1] Eyal S. Eisig is replacing Eiman Sharmin as lead counsel in this matter.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 16, 2026 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to the parties of record. I also certify that the foregoing document is being served this date via mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronic notices of electronic filing.

/s/ Eyal S. Eisig
Eyal S. Eisig, Esq.
FBN: 109438
Email: eyal@sharminlaw.com
*Lead Counsel for Plaintiff*
