**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Pierce Division**

**BLAKE SMITH,**

     *Plaintiff,*

**v.**

                                    **Case Number: 2:26-cv-14001-AMC**

**TRANS UNION, LLC, et al.**

     *Defendants,*

_____/

## NOTICE OF CHANGE OF PRIMARY EMAIL ADDRESS

Pursuant to Local Rule 11.1(g) and CM/ECF Administrative Procedures 3D, the undersigned attorney hereby gives notice of a change to their primary email address for service of court orders, notices, and pleadings in this matter. The undersigned requests that the Clerk of Court update the record to remove the previous primary email address eyaleisig@gmail.com and replace it with the new primary email address eyal@sharminlaw.com. All future electronic notices and service in this case should be directed to the following updated contact information:

Dated: June 16, 2026

*Respectfully Submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Direct: 561-296-9109
Fax: 844-921-1022

/s/ Eyal S. Eisig
Eyal S. Eisig, Esq.
FBN: 109438
Email: eyal@sharminlaw.com
*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 16, 2026 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send a notice of electronic filing to the parties of record. I also certify that the foregoing document is being served this date via mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronic notices of electronic filing.

/s/ Eyal S. Eisig
Eyal S. Eisig, Esq.
FBN: 109438
Email: eyal@sharminlaw.com
*Counsel for Plaintiff*

2