**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 26-14001-CIV-CANNON/Maynard**

**BLAKE SMITH,**

Plaintiff,

v.

**TRANS UNION, LLC,**
*et al*,

Defendants.

_____/

**ORDER DISMISSING**
**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

**THIS CAUSE** comes before the Court upon Plaintiff's Stipulation of Voluntary Dismissal as to Defendant Equifax Information Services, LLC, filed on June 22, 2026 [ECF No. 50]. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, a Stipulation of Dismissal, filed by a plaintiff and signed by all parties who have appeared, dismisses the case against that defendant.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1034 (11th Cir. 2023) (explaining that "all parties" refers to all parties who have appeared in this lawsuit, not just the parties involved in the dismissal, including parties who have appeared but have already been removed from the action). Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. This case is hereby **DISMISSED WITH PREJUDICE** as to Defendant Equifax Information Services, LLC, effective June 22, 2026, the date on which Plaintiff filed the Stipulation of Voluntary Dismissal as to Equifax Information Services, LLC [ECF No. 50].

2. The Clerk of Court shall **TERMINATE** Equifax Information Services, LLC, as a Defendant in this matter.

CASE NO. 26-14001-CIV-CANNON/Maynard

3. Trans Union, LLC, Experian Information Solutions, Inc., and First National Bank of Omaha remain as Defendants in this matter.

**ORDERED** in Chambers at Fort Pierce, Florida, this 22nd day of June 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2