UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**BLAKE SMITH,**                                                    CASE NO.: **2:26-cv-14001-AMC**

*Plaintiff,*

**v.**

**TRANS UNION, LLC, et al.,**

*Defendants.*

_____/

**JOINT NOTICE OF SETTLEMENT
AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Plaintiff, BLAKE SMITH, and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. hereby respectfully notify the Court that the parties have agreed to a settlement in principle. As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: June 30, 2026

*Respectfully submitted,*

**SHARMIN & SHARMIN, P.A.**                 **JONES DAY**
830 North Federal Highway                   600 Brickell Ave, Suite 3300
Lake Worth, FL 33460                        Miami, FL 33131
Telephone: 561-655-3925                     Telephone: (305) 714-9666
Fax: 844-921-1022

                                            */s/ Blake Jennings Hawthorne*___
*/s/ Eyal Eisig*_____                    Blake Jennings Hawthorne, Esq.
Eyal Eisig, Esq.                            FBN: 1069129
FBN: 109438                                 Email: blakehawthorne@jonesday.com

*Counsel for Plaintiff*                     *Counsel for Defendant*
                                            *Experian Information Solutions, Inc*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on June 30, 2026, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

*/s/Eyal Eisig*

Eyal Eisig, Esq.

FBN: 109438

Email: eyal@sharminlaw.com

*Counsel for Plaintiff*