UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

BLAKE SMITH,                                              CASE NO.: 2:26-cv-14001-AMC

     *Plaintiff,*

v.

TRANS UNION, LLC, et al.,

     *Defendants.*

_____/

**JOINT NOTICE OF SETTLEMENT
AS TO DEFENDANT TRANS UNION, LLC**

Plaintiff, BLAKE SMITH, and Defendant, TRANS UNION, LLC, hereby respectfully notify the Court that the parties have agreed to a settlement in principle.  As part of the settlement each party will bear their respective attorney's fees and costs. The parties anticipate sixty (60) days to perform necessary terms and file appropriate dismissal papers thereafter.

Dated: June 30, 2026

     *Respectfully submitted*,

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: 844-921-1022

*/s/ Eyal Eisig*
Eyal Eisig, Esq.
FBN: 109438

*Counsel for Plaintiff*

**TRANS UNION, LLC**
555 W. Adams Street
Chicago, IL 60661
Telephone: (469) 578-1464

*/s/ Charlotte Long*
Charlotte Long, Esq.
FBN: 0112517
Email: Charlotte.Long@transunion.com

*Counsel for Defendant
Trans Union, LLC*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on June 29, 2026, the foregoing was electronically filed with the Clerk of Court using CM/ECF along with having served all counsel of record via transmission of Electronic filing generated by CM/ECF.

/s/Eyal Eisig
Eyal Eisig, Esq.
FBN: 109438
Email: eyal@sharminlaw.com
*Counsel for Plaintiff*