**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**BLAKE SMITH,**                                                           **CASE NO.: 2:26-cv-14001-AMC**

    *Plaintiff,*

**v.**

**TRANS UNION, LLC, et al.,**

    *Defendants.*

                                     /

## JOINT DISCOVERY STATUS REPORT

Plaintiff, Blake Smith ("Plaintiff"), and Defendants, Trans Union, LLC ("Trans Union"), Experian Information Solutions, Inc. ("Experian")[1], and First National Bank of Omaha ("FNBO") (together, "the Parties") submit this Joint Discovery Status Report pursuant to the Paperless Order Setting Final Discovery Status Conference (Doc 38) and state as follows:

The Parties are pleased to report that settlements have been reached resolving the claims against the remaining active parties in this matter. Joint stipulations of dismissal are currently being finalized and will be filed shortly. For the Court's reference:

1. A Notice of Settlement as to Defendant Experian Information Solutions, Inc. was filed on June 30, 2026, at Doc. No. 52.

2. A Notice of Settlement as to Defendant Trans Union, LLC was filed on June 30, 2026, at Doc. No. 53.

3. The formal notice of settlement for Defendant First National Bank of Omaha (FNBO)

---

[1] Plaintiff did not receive approval of the Joint Discovery Status Report from Defendant Experian Information Solutions, Inc. but anticipates the Stipulation of Dismissal as to Defendant Experian Information Solutions, Inc. will be filed shortly.

is currently being finalized and is expected to be filed shortly.

Because all remaining claims have been resolved and final dismissal paperwork is imminent, the Parties respectfully request that the final discovery status conference, currently scheduled for July 16, 2026, at 2:00 P.M., be cancelled.

Dated: July 9, 2026

*Respectfully Submitted,*

**SHARMIN & SHARMIN, P.A.**
830 North Federal Highway
Lake Worth, FL 33460
Telephone: 561-655-3925
Fax: 844-921-1022

/s/ Eiman Sharmin
Eiman Sharmin, Esq.
FBN: 716391
Email: eiman@sharminlaw.com
*Counsel for Plaintiff*

**LEGACY LEGAL & CONSULTING**
2618 Centennial Place
Tallahassee, FL32308
Phone: (850) 583-1480

/s/ Eric S. Haug
Eric S. Haug, Esq.
FBN: 850713
Email: eric@erichaug.com
*Counsel for Defendant*
*First National Bank of Omaha*

**TRANS UNION, LLC**
555 W. Adams Street
Chicago, IL 60661
Telephone: (469) 578-1464

/s/ Charlotte Long
Charlotte Long, Esq.
FBN: 0112517
Email: Charlotte.Long@transunion.com
*Counsel for Defendant*
*Trans Union, LLC*